UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| RONALD FIELDS, | ) | |
| Plaintiff | ) ) ) ) | |
| v. | ) ) | CIVIL NO. 1:13-CV-189 RLM |
| JOHN FOLK, *et al.*, | ) ) ) | |
| Defendants | ) | |

MEMORANDUM AND ORDER

A final pretrial conference was held in this cause on November 2, 2015. Plaintiff Ronald Fields appeared *pro se*; Rebecca Brelage and Betsy Isenberg represented defendants Christoper Drake, Michelle Catterson, April Tackett, Calvin Mayotte and John Folk.

Defense counsel advised the court that they were unable to submit a materially complete proposed pretrial order because Mr. Fields hadn't provided a list of his contentions, witnesses, and exhibits, and that the documents that were submitted weren't relevant to the sole issue remaining for trial– whether the seizure of the two flat screen television sets was reasonable.

Mindful of Mr. Fields pro se status, the court:

(1) Explained the nature of the documents Mr. Fields will be required to submit if and when a new pretrial order is prepared;

(2) Summarized its April 8, 2015 oral findings and conclusions regarding the defendant's summary judgment motion [Doc. No. 133]; and

(3) Advised Mr. Fields that he will have the right to appeal that order after the case is concluded; and

(4) Proposed that the final pretrial conference and trial be continued to give Mr. Fields additional time to submit his contentions, witness and exhibit lists, as required by the June 15, 2015 Order Concerning Pretrial Conference and Trial [Doc. No. 148], and to give defense counsel an opportunity to prepare and submit a new pretrial order.

Without objection, the defendants' motion to dismiss [Doc. No. 157] was DENIED; defendants' oral motion to file a second motion for summary judgment was GRANTED, and the November 17, 2015 trial date was VACATED. The defendants' summary judgment motion should be filed by **December 7, 2015**, Mr. Fields response is due **January 19, 2016**, and any reply should be filed by **February 2, 2016**. The final pretrial conference and trial will be rescheduled, if necessary, following ruling on the summary judgment motion.

SO ORDERED.

ENTERED:     November 4, 2015

/s/ Robert L. Miller, Jr.
Judge
United States District Court